AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Manuel Hara,

                Petitioner,

v.

USA,

                Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01137-KJD
2:04-cr-00220-KJD-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Respondent and against Petitioner. Certificate of appealability is DENIED.

04/17/2024
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk